UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RHONDA SUE KERSHNER,

    Plaintiff,

v.

    Case No. 2:13-CV-00065
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terrence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

On November 13, 2013, the Magistrate Judge issued a Report and Recommendation in this case. Doc. 16. He recommended that the Plaintiff's statement of errors be sustained, and that the case thus be remanded to the Commissioner of Social Security for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g). *Id.* at 14. The Report and Recommendation also advised the parties that failure to object within fourteen days would result in a waiver of the right to review. *Id.* The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. The Plaintiff's statement of errors is **SUSTAINED**, and this action is hereby **REMANDED** for further proceedings consistent with the November 13, 2013 Report and Recommendation.

IT IS SO ORDERED.

12-16-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE