AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division

**RHONDA SUE KERSHNER,**

        **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**v.**

                                  **CASE NO.  2:13-CV-00065**
**COMMISSIONER OF**            **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**            **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

        \_\_\_      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        X      **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

        **Pursuant to the ORDER filed December 16, 2013, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.**

Date: December 16, 2013                JOHN P. HEHMAN, CLERK

                                  */S/ Andy F. Quisumbing*
                                  (By) Andy F. Quisumbing
                                  Courtroom Deputy Clerk